No. 95–7211. DIFRISCO v. NEW JERSEY (two judgments). Sup. Ct. N. J. Certiorari denied.